**LITTLER MENDELSON, P.C.**
Michael T. Grosso, Esq. (NJ Bar No. 033922004)
One Newark Center, 8th Floor
Newark, New Jersey 07102
(973) 848-4700
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Gilbert Wraith, Jr.,<br><br>                Plaintiff,<br>v.<br><br>Straub Motors, Inc., and Charles F. Straub, III, Individually,<br><br>                Defendants. | Civil Action No. 3:18-cv-03420 (MAS)(TJB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |

The matter in the above-captioned action having been amicably resolved by and between Gilbert Wraith, Jr. ("Plaintiff") and Defendants Straub Motors, Inc. and Charles F. Straub, III ("Defendants"), it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the entire case against Defendant shall be, and hereby is, dismissed with prejudice and without costs or against any party.

The Court shall retain jurisdiction over this matter for sixty (60) days while the parties consummate the terms of their settlement.

**JAFFE GLENN LAW GROUP, P.A.**
Attorneys for Plaintiff

By: /s/ *Andrew I. Glenn*
      Andrew I. Glenn

Dated: April 24, 2018

**LITTLER MENDELSON, P.C.**
Attorneys for Defendants

By: /s/ *Michael T. Grosso*
      Michael T. Grosso

Dated: April 24, 2018

So Ordered this 25th day of April, 20 18

*M. Shipp*
Hon. Michael Shipp, USDJ